UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN M. GUTOWSKI,

          Plaintiff,

V.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

          Defendant.

Civil No. 12-10287

Judge Sean F. Cox

Magistrate Judge David R. Grand

## J U D G M E N T

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Joint Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

          S/Sean F. Cox
          Sean F. Cox
          United States District Judge

Dated:  November 19, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 19, 2012, by electronic and/or ordinary mail.

          S/Jennifer Hernandez McCoy
          Case Manager